UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Vicki Eason,<br><br>    Plaintiff,<br> v.<br><br>Pinnacle Asset Group, L.L.C.; and<br>DOES 1-10, inclusive,<br><br>    Defendants. | Civil Action No.: 3:13-cv-00568-WWE |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated August 2, 2013

                Respectfully submitted,

                PLAINTIFF, Vicki Eason

                /s/ Sergei Lemberg

                Sergei Lemberg, Esq.
                LEMBERG & ASSOCIATES L.L.C.
                1100 Summer Street, 3rd Floor
                Stamford, CT 06905
                Telephone: (203) 653-2250
                Facsimile:  (203) 653-3424
                slemberg@lemberglaw.com

## CERTIFICATE OF SERVICE

      **I hereby certify that on August 2, 2013, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court for the District of Connecticut Electronic Document Filing System (ECF), which sent notice of such filing to the following:**

**Raymond C. Stilwell, Esq.**
**The Law Center Building**
**17 Beresford Court**
**Williamsville, New York 14221**

                                          By **/s/ Sergei Lemberg**
                                                **Sergei Lemberg**