UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Vicki Eason, | : Civil Action No.: 3:13-cv-00568-WWE |
| Plaintiff, | : |
| v. | : |
| Pinnacle Asset Group, L.L.C.; and DOES 1-10, inclusive, | : December 5, 2013 |
| Defendants. | : |

**NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY
DISMISSAL OF ACTION WITH PREJUDICE
PURSUANT TO RULE 41(a)**

Vicki Eason ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and

gives notice that the action is dismissed without prejudice as to all Defendants. Should Plaintiff

not file a request to reinstate within forty-five (45) days, said dismissal shall be with prejudice.

Dated: December 5, 2013

> Respectfully submitted,
>
> PLAINTIFF, Vicki Eason
>
> By:   /s/Sergei Lemberg
>   Sergei Lemberg, Esq.
>   LEMBERG LAW L.L.C.
>   1100 Summer Street, 3rd Floor
>   Stamford, CT 06905
>   Telephone: (203) 653-2250
>   Facsimile:  (203) 653-3424

CERTIFICATE OF SERVICE

I hereby certify that on December 5, 2013, a true and correct copy of the foregoing Notice of Withdrawal was served electronically by the U.S. District Court District of Connecticut Electronic Document Filing System (ECF) and that the document is available on the ECF system.

By /s/Sergei Lemberg
Sergei Lemberg